UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HVFG LLC, et al.,

                Plaintiffs,

      -v.-

MANUFACTURERS ALLIANCE
INSURANCE COMPANY,

                Defendant.

24 Civ. 8193 (JHR)

ORDER

JENNIFER H. REARDEN, District Judge:

For the reasons stated on the record during the June 1, 2026 conference, Plaintiffs'

motion to remand is denied.

The Clerk of Court is directed to terminate ECF No. 8.

SO ORDERED.

Dated: June 1, 2026
      New York, New York

_____
JENNIFER H. REARDEN
United States District Judge